LAWRENCE G. BROWN
Acting United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | MAG. NO. 2:09-086 EFB |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS |
| v. ) | COMPLAINT AS TO |
| ) | NASEEM KHAN |
| NASEEM KHAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing without prejudice the above-captioned complaint filed on March 11, 2009, as to NASEEM KHAN only.

DATED: March 11, 2009.

LAWRENCE G. BROWN
Acting United States Attorney

Signature on original
By:_____
R. STEVEN LAPHAM
Assistant U.S. Attorney

1

LAWRENCE G. BROWN
Acting United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724


              IN THE UNITED STATES DISTRICT COURT FOR THE

                      EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )
                                 )          MAG. NO. 2:09-086 EFB
              Plaintiff,         )
                                 )          ORDER DISMISSING
       v.                        )          COMPLAINT AS TO
                                 )          NASEEM KHAN
NASEEM KHAN,                     )
                                 )
              Defendant.         )
_____)


         Based on the the government's motion to dismiss the
complaint against NASEEM KHAN
         IT IS HEREBY ORDERED that the above-captioned complaint
be and hereby is dismissed without prejudice as to NASEEM KHAN
only.
DATED: March 11, 2009.


                              _____
                              HON. EDMUND F. BENNAN
                              United States Magistrate Judge