```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | MAG. NO. 2:09-086 EFB |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | COMPLAINT AS TO |
| | ) | NASEEM KHAN |
| NASEEM KHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing without prejudice the above-captioned complaint filed on March 11, 2009, as to NASEEM KHAN only.

DATED: March 11, 2009.

```
                              LAWRENCE G. BROWN
                              Acting United States Attorney

                                  Signature on original
                          By:_____
                              R. STEVEN LAPHAM
                              Assistant U.S. Attorney
```

1

```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
    UNITED STATES OF AMERICA,      )
 9                                 )       MAG. NO. 2:09-086 EFB
              Plaintiff,           )
10                                 )       ORDER DISMISSING
         v.                        )       COMPLAINT AS TO
11                                 )       NASEEM KHAN
    NASEEM KHAN,                   )
12                                 )
              Defendant.           )
13  _____ )
14
         Based on the the government's motion to dismiss the
15
    complaint against NASEEM KHAN
16
         IT IS HEREBY ORDERED that the above-captioned complaint
17
    be and hereby is dismissed without prejudice as to NASEEM KHAN
18
    only.
19
    DATED: March 11, 2009.
20
21                                      _____
22                                      HON. EDMUND F. BENNAN
                                        United States Magistrate Judge
```